the record, we conclude that dismissal was proper for the reasons stated by the district court. *See Brown v. Frey,* 806 F.2d 801, 803 (8th Cir.1986) (court may dismiss action for pro se litigant's failure to comply with any court order). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Beck's pending motion.

**Norma BECK, Plaintiff–Appellant**

v.

**Brian MOYNIHAN; Bank of America, Defendants–Appellees.**

No. 12–2582.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 28, 2012.

Filed: Jan. 7, 2013.

Norma Beck, Clayton, MO, pro se.

Kevin Michael Abel, Michele R. Gardner, Bryan & Cave, St. Louis, MO, for Defendants–Appellees.

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

PER CURIAM.

Norma Beck appeals the district court's[1] Federal Rule of Civil Procedure 41(b) dismissal of her civil complaint without prejudice. Having carefully reviewed

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.